# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBRA CARR,

    Plaintiff,

v.                                  CASE NO: 17-CV-12009

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on cross motions for summary judgment. The case was referred to United States Magistrate Stephanie Dawkins-Davis pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued her report on August 16, 2018 recommending that this court deny plaintiff's motion for summary judgment, and grant defendant's motion for summary judgment. No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C), thus further appeal rights are waived.[1]

Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

# **ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's [14] Motion for Summary Judgment is **DENIED** and Defendant's [16] Motion for Summary judgment is **GRANTED.**

IT IS SO ORDERED.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 14, 2018, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522